IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN HESSEL,

Case No. 6:25-cv-02310-AN

        Plaintiff,

JUDGMENT

    v.

BENJAMIN SMITH,

        Defendant.

NELSON, District Judge.

Because Plaintiff has not responded to the Court's April 2, 2026 Order (#7), it is ORDERED AND ADJUDGED that this Action is DISMISSED with prejudice for failure to state a claim. Pending motions, if any, are DENIED AS MOOT.

June 23, 2026
DATE

Adrienne Nelson
United States District Judge

1 - JUDGMENT